# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                    4:11CR00199 JLH

LEE ADAMS

## ORDER

Defendant's Motion to Waive Bond Hearing (docket entry #18) is GRANTED, without prejudice to requesting a bond hearing at a later date.

IT IS SO ORDERED this 23rd day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE